UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CURTIS TYRONE JOHNSON

CASE NO. 6:22-cr-96-PGB-DCI
18 U.S.C. § 922(g)(1)
21 U.S.C. § 841
18 U.S.C. § 924(c)

## INDICTMENT

The Grand Jury charges:

**SEALED**

### COUNT ONE

On or about March 25, 2022, in the Middle District of Florida, the defendant,

CURTIS TYRONE JOHNSON,

knowing he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Felony Battery, on or about July 28, 2009;

2. Aggravated Assault with Firearm (3 counts), on or about September 13, 2010; and

3. Fleeing or Attempting Elude Without Lights Sirens, on or about November 20, 2020,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Glock pistol and Winchester ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about March 25, 2022, in the Middle District of Florida, the defendant,

CURTIS TYRONE JOHNSON,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance, 10 grams or more of a mixture and substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of N,N-Dimethylpentylone, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C).

## COUNT THREE

On or about March 25, 2022, in the Middle District of Florida, the defendant,

CURTIS TYRONE JOHNSON,

did knowingly use and carry a firearm, during and in relation to, and did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, possession with intent to distribute a controlled substance, as alleged in Count Two above; Count Two being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

2. Upon conviction of a violation of 18 U.S.C. § 922(g) and/or 18 U.S.C. § 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. The property to be forfeited includes, but is not limited to, the following: a Glock, .40 caliber pistol with serial number WDP832 and .40 caliber ammunition, all seized on March 25, 2022.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Beatriz Gonzalez
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
June 22

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

CURTIS TYRONE JOHNSON

## INDICTMENT

Violations:   18 U.S.C. § 922(g)(1)
21 U.S.C. § 841
18 U.S.C. § 924(c)

A true bill,

_____
Foreperson

Filed in open court this 22nd day of June, 2022.

_____
Clerk

Bail $ _____